# Court of Appeals
# of the State of Georgia

ATLANTA, February 18, 2014

*The Court of Appeals hereby passes the following order*

**A14D0226. ANGELA BULLOCK v. MIDLAND FUNDING, LLC.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

12SC1710



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, February 18, 2014.

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.